UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAM VETTER, | ) Case No. CV 06-1728-R (RC) |
|  Petitioner | ) JUDGMENT |
| vs. | ) |
| ROBERT L. AYERS, Warden, | ) |
|  Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: _November 3, 2009__

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&Rs\06-1728.jud
9/30/09